Waukeen Q. McCoy
941 Clayton Street
San Francisco, CA 94117
Telephone: (510) 595-6073

Waukeen Q. McCoy, In Propria Persona

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Francisco Division)

| | |
|---|---|
| WAUKEEN Q. MCCOY, | Case No.: 3:16-CV-01536-WHA |
| APPELLANT, | [PROPOSED] ORDER GRANTING APPELLANT'S MOTION TO AUGMENT THE ADMINISTRATIVE RECORD |
| E. LYNN SCHOENMANN, TRUSTEE, | |
| APPELLEE, | |

GOOD CAUSE APPEARING from Appellant's Motion To Augment the Administrative Record,

IT IS HEREBY ORDERED that Appellant is granted permission to augment the administrative Record with hearing transcript of November 19, 2015 (USDC Docket No. 356) and with USDC Docket No. 349.

IT IS SO ORDERED.

DATED: July 21, 2016.



_____
HONORALBE WILLIAM ALSUP